UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ALMA CERVANTES,<br><br>         Plaintiff,<br><br>   vs.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1 TO 25, inclusive,<br><br>         Defendant(s). | Case No.  2:20-cv-00075-DMG-JC<br>Assigned to: Hon. Dolly M. Gee<br><br>**MODIFIED ORDER ON CONFIDENTIALITY STIPULATION AND STIPULATED PROTECTIVE ORDER** |

**THE COURT HEREBY ORDERS** that pursuant to the stipulation between Plaintiff, Alma Cervantes ("Plaintiff"), and Defendant, Costco Wholesale Corporation ("Defendant")(collectively the "Parties"), the Parties have stipulated and agreed to the provisions in the Confidentiality Stipulation and Stipulated Protective Order (Dkt. 31). The Confidentiality Stipulation and Stipulated Protective Order is GRANTED and entered as of the date of this Order with the following modification:  The Parties may share Confidential Discovery Information with the Court/Court staff if they submit it for filing under seal in accordance with the provisions of Local Rule 79-5, but the Parties may not file it in the public record absent a Court Order.

     IT IS SO ORDERED this 6th day of July, 2020

                              _____/s/_____
                              Honorable Jacqueline Chooljian
                              U.S. Magistrate Judge